**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YAE MOUA, | ) NO. SA CV 17-1853-E |
| Plaintiff, | ) |
| v. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) JUDGMENT |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

DATED: May 15, 2018.

　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　CHARLES F. EICK
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE