*[FILED stamp: CLERK, U.S. DISTRICT COURT, SEP 5 2018, CENTRAL DISTRICT OF CALIFORNIA]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAE MOUA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 8:17-cv-01853-~~MWF~~-E<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,200.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 9/5/18

　　　　　　　　　　　　　　　*/s/ Charles F. Eick*
　　　　　　　　　　　　　　　THE HONORABLE CHARLES F. EICK
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | LAW OFFICES OF Lawrence D. Rohlfing |
| 3 | /s/ *Monica Perales* |
| 4 | Monica Perales<br>Attorney for plaintiff Yae Moua |